# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134442(76)

_____

IN RE JOSHUA GARCIA, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

                                       SC: 134442
                                       COA: 273626
                                       Kent CC

MICAH GARCIA and OFELIA GARCIA,      Family Division: 04-053306-NA
       Respondents-Appellants.

_____/

      On order of the Court, the motion for reconsideration of this Court's August 10, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2007 _____

_____
Clerk

d0925